# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

B.H.

VERSUS

ST. TAMMANY PARISH SCHOOL
BOARD AND SAMUEL PATRICK
MCCARTY

NO.  2023 CW 1314

**MARCH 18, 2024**

---

In Re:    St. Tammany Parish School Board and Karen Wallsten,
          applying for supervisory writs, 22nd Judicial District
          Court, Parish of St. Tammany, No. 201510509.

---

**BEFORE:    McCLENDON, THERIOT, AND GREENE, JJ.**

**WRIT DENIED.**

PMc
HG

**Theriot, J.,** dissents and would direct that the Clerk of
this court issue the Notice of Briefing Schedule pursuant to La.
Code Civ. P. art. 966(H).

COURT OF APPEAL, FIRST CIRCUIT

_a.Sul_
DEPUTY CLERK OF COURT
    FOR THE COURT